# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVE LEVINTHAL, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civ. No. 15-1148 (JEB) |
| ) | |
| v. ) | |
| ) | |
| FEDERAL ELECTION COMMISSION, ) | [Proposed] Order |
| ) | |
| Defendant. ) | |

## [PROPOSED] ORDER

Upon consideration of defendant Federal Election Commission's motion for summary judgment, and all memoranda and other materials submitted in support of and in opposition to the motion,

IT IS HEREBY ORDERED that defendant Federal Election Commission's motion for summary judgment is GRANTED; and it is further

ORDERED that JUDGMENT shall be entered for defendant.

SO ORDERED.

 

_____
Honorable James E. Boasberg
United States District Judge